In the Matter of the Claim of NELLIE COYNE, Respondent, against CAMP RED WING, INC., and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of WILLIAM JOHNSON, Respondent, against ULYSSES APARTMENTS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.